# In the United States Court of Federal Claims

No. 13-861C

(Filed: August 19, 2014)

```
************************************     *
                                        *
                                        *
ZAFER TAAHHUT INSAAT VE TICARET,        *
A.S.,                                   *
                                        *
                   Plaintiff,           *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                   Defendant.           *
                                        *
************************************     *
```

## ORDER

On August 19, 2014, the Court conducted a telephonic conference with the parties to establish the discovery schedule in this case. As agreed by counsel for the parties, the following discovery schedule will be in effect:

   (i)     The parties shall exchange initial disclosures on or before September 12, 2014;

   (ii)    Fact discovery will conclude on June 30, 2015.

The Court will conduct a telephonic status conference on July 7, 2015 at 10 AM EDT. At that time, the parties should be prepared to discuss whether expert discovery is necessary. Prior to the conference, the Court will send parties an e-mail with instructions on how to join the call.

   IT IS SO ORDERED.

                                        s/ Thomas C. Wheeler
                                        THOMAS C. WHEELER
                                        Judge